**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & N DELIVERY SERVICES, INC., | ) | No. 2:20-cv-01341-RGK-KS |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) | |
| Defendant(s). | ) | |

Based on the parties' Joint Stipulation to Stay Case Pending Arbitration, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: February 26, 2020

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**